United States v. Grimmel Industries, Inc. et al.

Complaint – Appendix 1

**Appendix 1: Topsham - Fourth Claim For Relief**

**Quarterly Benchmark Monitoring - Outfall 1**

| | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Benchmark Monitoring (Reason stated below) | Grimmel Inc. | Grimmel LLC | Gary Grimmel |
|---|---|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 2011 | Q3 | | ✓ - No TPH. | | | |
| b. | 2011 | Q4 | | ✓ - No TPH. Two separate dates sampled, one for DRO and one for GRO. First of two sample dates was not a QSE. | | | |
| c. | 2012 | Q1 | | ✓ - No TPH or pH. Also not a QSE. | | | |
| d. | 2012 | Q2 | | ✓ - No TPH or pH. | | | |
| f. | 2013 | Q1 | ✓ | | | | |
| g. | 2013 | Q2 | | ✓ - No TPH. DRO Analysis. Also not a QSE. | | | |
| h. | 2013 | Q3 | | ✓ - No TPH. DRO Analysis. Also not a QSE. | | | |
| i. | 2013 | Q4 | | ✓ - No TPH. DRO Analysis. | | | |
| j. | 2014 | Q1 | ✓ | | | | |
| k. | 2014 | Q2 | | ✓ - No TPH. DRO Analysis. | | | |
| l. | 2014 | Q3 | | ✓ - Not a QSE. | | | |
| m. | 2014 | Q4 | | ✓ - No TPH. DRO Analysis. | | | |
| n. | 2015 | Q1 | ✓ | | | | |
| o. | 2015 | Q2 | | ✓ - Not a QSE. | | | |
| p. | 2015 | Q3 | | ✓ - Not a QSE. | | | |
| q. | 2015 | Q4 | | ✓ - Not a QSE. | | | |

*"QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.

**"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.

***"DRO" stands for Diesel Range Organics. It is insufficient because Maine did not approve testing for DRO as a substitute for Total Petroleum Hydrocarbons ("TPH").

****"GRO" stands for Gasoline Range Organics. It is insufficient because Maine did not approve testing GRO as a substitute for TPH.

**Appendix 1: Topsham - Fourth Claim For Relief**

**Quarterly Benchmark Monitoring - Outfall 2**

| | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Benchmark Monitoring (Reason stated below) | Grimmel Inc. | Grimmel LLC | Gary Grimmel |
|---|---|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 2011 | Q3 | | ✓ - No TPH. Also not a QSE. | | | |
| b. | 2011 | Q4 | ✓ | | | | |
| c. | 2012 | Q1 | ✓ | | | | |
| d. | 2012 | Q2 | | ✓ - No TPH or pH. | | | |
| e. | 2012 | Q3 | ✓ | | | | |
| f. | 2012 | Q4 | ✓ | | | | |
| g. | 2013 | Q1 | ✓ | | | | |
| h. | 2013 | Q2 | ✓ | | | | |
| i. | 2013 | Q3 | | ✓ - No TPH. DRO Analysis. Also not a QSE. | | | |
| j. | 2013 | Q4 | ✓ | | | | |
| k. | 2014 | Q1 | ✓ | | | | |
| l. | 2014 | Q2 | ✓ | | | | |
| m. | 2014 | Q3 | ✓ | | | | |
| n. | 2014 | Q4 | ✓ | | | | |
| o. | 2015 | Q1 | ✓ | | | | |
| p. | 2015 | Q2 | ✓ | | | | |
| q. | 2015 | Q3 | | ✓ - No TPH. | | | |
| r. | 2015 | Q4 | | ✓ - No TPH. DRO Analysis. | | | |

*"QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.

**"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.

***"DRO" stands for Diesel Range Organics.  It is insufficient because Maine did not approve testing for DRO as a substitute for Total Petroleum Hydrocarbons ("TPH").