United States v. Grimmel Industries, Inc. et al.

Complaint – Appendix 2

**Appendix 2: Topsham - Fifth Claim For Relief**
**Quarterly Visual Monitoring - Outfall 1**

| | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Visual Monitoring (Reason stated below) | Grimmel Inc. | Grimmel LLC | Gary Grimmel |
|---|---|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 2009 | Q4 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | | | |
| b. | 2010 | Q1 | | ✓ - Monitoring observations not representative of distinct outfalls. | | | |
| c. | 2010 | Q2 | | ✓ - Form did not indicate which outfall(s) were monitored. | | | |
| d. | 2010 | Q3 | | ✓ - Monitoring observations not representative of distinct outfalls. | | | |
| e. | 2010 | Q4 | | ✓ - Monitoring observations not representative of distinct outfalls. | | | |
| f. | 2011 | Q1 | ✓ - Monitoring form indicates presence of snow. Only one form filled out for both outfalls. | | | | |
| g. | 2011 | Q2 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | | | |
| h. | 2011 | Q3 | ✓ | | | | |
| i. | 2011 | Q4 | ✓ | | | | |
| j. | 2012 | Q1 | | ✓ - Not a QSE. | | | |
| k. | 2012 | Q3 | | ✓ - Not a QSE. | | | |
| l. | 2013 | Q1 | | ✓ - Not a QSE. | | | |
| m. | 2013 | Q2 | ✓ | | | | |
| n. | 2013 | Q3 | ✓ | | | | |
| o. | 2013 | Q4 | ✓ | | | | |
| p. | 2014 | Q1 | ✓ | | | | |
| q. | 2014 | Q2 | ✓ | | | | |
| r. | 2014 | Q3 | ✓ | | | | |
| s. | 2014 | Q4 | ✓ | | | | |
| t. | 2015 | Q1 | ✓ | | | | |
| u. | 2015 | Q2 | ✓ | | | | |
| v. | 2015 | Q3 | ✓ | | | | |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.
**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.
***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.

**Appendix 2: Topsham - Fifth Claim For Relief**
**Quarterly Visual Monitoring - Outfall 2**

|  | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Visual Monitoring (Reason stated below) | Grimmel Inc. | Grimmel LLC | Gary Grimmel |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Admit, Deny, or Lacks Knowledge or Information |  |  |
| a. | 2009 | Q4 |  | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. |  |  |  |
| b. | 2010 | Q1 |  | ✓ - Monitoring observations not representative of distinct outfalls. |  |  |  |
| c. | 2010 | Q2 |  | ✓ - Form did not indicate which outfall(s) were monitored. |  |  |  |
| d. | 2010 | Q3 |  | ✓ - Monitoring observations not representative of distinct outfalls. |  |  |  |
| e. | 2010 | Q4 |  | ✓ - Monitoring observations not representative of distinct outfalls. |  |  |  |
| f. | 2011 | Q1 | ✓ - Monitoring form indicates presence of snow. Only one form filled out for both outfalls. |  |  |  |  |
| g. | 2011 | Q2 |  | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. |  |  |  |
| h. | 2011 | Q3 | ✓ |  |  |  |  |
| i. | 2011 | Q4 | ✓ |  |  |  |  |
| j. | 2012 | Q1 |  | ✓ - Not a QSE. |  |  |  |
| k. | 2012 | Q3 |  | ✓ - Not a QSE. |  |  |  |
| l. | 2012 | Q4 | ✓ |  |  |  |  |
| m. | 2013 | Q1 |  | ✓ - Not a QSE. |  |  |  |
| n. | 2013 | Q2 | ✓ |  |  |  |  |
| o. | 2013 | Q3 | ✓ |  |  |  |  |
| p. | 2013 | Q4 | ✓ |  |  |  |  |
| q. | 2014 | Q1 | ✓ |  |  |  |  |
| r. | 2014 | Q2 | ✓ |  |  |  |  |
| s. | 2014 | Q3 | ✓ |  |  |  |  |
| t. | 2014 | Q4 | ✓ |  |  |  |  |
| u. | 2015 | Q1 | ✓ |  |  |  |  |
| v. | 2015 | Q2 | ✓ |  |  |  |  |
| w. | 2015 | Q3 | ✓ |  |  |  |  |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.

**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.

***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.