United States v. Grimmel Industries, Inc. et al.

Complaint – Appendix 3

**Appendix 3: Topsham - Sixth Claim For Relief**
**Monthly Analytical Testing: Outfall 1, visual monitoring location**

| | Year | Month | Failed to Conduct | Failed to Properly Sample or Analyze (Reason stated below) | Grimmel Inc. | Grimmel LLC | Gary Grimmel |
|---|---|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 2011 | Aug | | ✓ - No TPH | | | |
| b. | 2011 | Sep | | ✓ - No TPH or metals | | | |
| c. | 2011 | Oct | | ✓ - No pH, TSS or metals. Sampled GRO and DRO seperately instead of TPH. | | | |
| d. | 2011 | Nov | | ✓ - No Metals, pH or TPH. Only submitted data for DRO analysis. | | | |
| e. | 2011 | Dec | ✓ | | | | |
| f. | 2012 | Jan | ✓ | | | | |
| g. | 2012 | Feb | ✓ | | | | |
| h. | 2012 | Mar | ✓ | | | | |
| i. | 2012 | Apr | ✓ | | | | |
| j. | 2012 | May | ✓ | | | | |
| k. | 2012 | Jun | ✓ | | | | |
| l. | 2012 | Jul | ✓ | | | | |
| m. | 2012 | Aug | ✓ | | | | |
| n. | 2012 | Sep | ✓ | | | | |
| o. | 2012 | Oct | | ✓ - No TPH | | | |
| p. | 2012 | Nov | | ✓ - No Metals or Cyanide | | | |
| q. | 2012 | Dec | ✓ | | | | |
| r. | 2013 | Jan | ✓ | | | | |
| s. | 2013 | Feb | ✓ | | | | |
| t. | 2013 | Mar | ✓ | | | | |
| u. | 2013 | Apr | | ✓ - No TPH | | | |
| v. | 2013 | May | | ✓ - No TPH | | | |
| w. | 2013 | Jun | ✓ | | | | |
| x. | 2013 | Jul | | ✓ - No TPH | | | |
| y. | 2013 | Aug | | ✓ - No TPH or cyanide. DRO analysis. | | | |
| z. | 2013 | Sep | | ✓ - No TPH or cyanide. DRO analysis. | | | |
| aa. | 2013 | Oct | | ✓ - No TPH. DRO analysis. | | | |
| bb. | 2013 | Nov | ✓ | | | | |
| cc. | 2013 | Dec | ✓ | | | | |
| dd. | 2014 | Jan | ✓ | | | | |
| ee. | 2014 | Feb | ✓ | | | | |
| ff. | 2014 | Mar | ✓ | | | | |
| gg. | 2014 | Apr | | ✓ - No TPH. DRO analysis. | | | |
| hh. | 2014 | May | | ✓ - No TPH, cyanide or PCB. DRO analysis. | | | |
| ii. | 2014 | Jun | | ✓ - No TPH or cyanide. DRO analysis. | | | |
| jj. | 2014 | Jul | | ✓ - No TPH or cyanide. DRO analysis. | | | |
| kk. | 2014 | Aug | | ✓ - No TPH or cyanide. DRO analysis. | | | |
| ll. | 2014 | Sep | | ✓ - No TPH or cyanide. DRO analysis. | | | |
| mm. | 2014 | Oct | | ✓ - No TPH. DRO analysis. | | | |
| nn. | 2014 | Nov | ✓ | | | | |
| oo. | 2014 | Dec | ✓ | | | | |
| pp. | 2015 | Jan | ✓ | | | | |
| qq. | 2015 | Mar | ✓ | | | | |
| rr. | 2015 | Apr | ✓ | | | | |
| ss. | 2015 | May | | ✓ - Letter states that due to safety concerns sample was taken out of aeration basin. No results submitted. | | | |
| tt. | 2015 | Sep | ✓ | | | | |

*"DRO" stands for Diesel Range Organics. It is insufficient because Maine did not approve testing for DRO as a substitute for Total Petroleum Hydrocarbons ("TPH").
**Note: MEDEP request to sample was not required to be during a qualifying event