United States v. Grimmel Industries, Inc. et al.

Complaint – Appendix 4

Appendix 4: Lewiston - Fourteenth Claim For Relief

Quarterly Visual Monitoring: Driveway Discharge Location

|   | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Visual Monitoring (Reason stated below) | Grimmel Inc. | Grimmel LLC | Gary Grimmel |
|---|------|---------|-------------------|------------------------------------------------------------------------------|--------------|-------------|--------------|
|   |      |         |                   |                                                                              | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 2009 | Q4 |   | ✓ - Not a QSE. |   |   |   |
| b. | 2010 | Q2 |   | ✓ - Not a QSE. |   |   |   |
| c. | 2011 | Q1 |   | ✓ - Not a QSE. Form also states that no sample collected due to snow and ice. |   |   |   |
| d. | 2011 | Q2 |   | ✓ - Not a QSE. |   |   |   |
| e. | 2011 | Q3 | ✓ |   |   |   |   |
| f. | 2011 | Q4 | ✓ |   |   |   |   |
| g. | 2012 | Q1 | ✓ |   |   |   |   |
| h. | 2012 | Q3 | ✓ |   |   |   |   |
| i. | 2012 | Q4 | ✓ |   |   |   |   |
| j. | 2013 | Q1 | ✓ |   |   |   |   |
| k. | 2013 | Q2 |   | ✓ - Failed to properly conduct inspection. Form also lacks necessary information. |   |   |   |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.
**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.
***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.