# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:16-cv-190-GZS ) |
| GRIMMEL INDUSTRIES, INC., GRIMMEL INDUSTRIES, LLC, and GARY GRIMMEL, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER ON MOTION TO STRIKE TWENTY-TWO OF DEFENDANTS' AFFIRMATIVE DEFENSES

Before the Court is the Government's Motion to Strike Twenty-Two of Defendants' Affirmative Defenses (ECF No. 9). After carefully reviewing the filings, the Court recognizes the similarity between the issues and arguments in this matter and the matter of United States v. Kennebec Scrap Iron, Inc., No. 1:16-cv-191-GZS, 2016 WL 6651302, at *1 (D. Me. Nov. 10, 2016) regarding the Defendants' affirmative defenses. The Court, therefore, incorporates its reasoning set forth in the Kennebec Scrap decision. See id. at *2-4. For the reasons stated therein, the Court GRANTS IN PART the Government's Motion and strikes Affirmative Defenses 1, 12, 20, 22, 23, and 32. Also for the reasons stated in the Kennebec Scrap decision, the Court DENIES IN PART the Government's Motion as to the other affirmative defenses that are the subject of the Motion.

    SO ORDERED.

                                                             /s/ George Z. Singal
                                                             United States District Judge

Dated this 10th day of January, 2017.